# KOPFF, NARDELLI & DOPF LLP

COUNSELLORS AT LAW
440 NINTH AVENUE
NEW YORK, NEW YORK 10001-1688

(212) 244-2999
TELECOPIER: (212) 643-0862
E-MAIL: knd@kndny.com
www.kndny.com

PETER C. KOPFF
GLENN W. DOPF
JOSEPH R. CAMMAROSANO
MICHAEL L. MANCI
MARTIN B. ADAMS
EUGENE A. WARD
MARY E. PEARSON
CATHERINE R. RICHTER
DENISE SAPANARA
RONNIE M. GRILL
TARA K. CURCILLO
CARAMIA R. HART

SELMA MOY
SUSAN B. FEINGLASS
KAREN M. PADREZA
SONYA Y. KIM
VICTOR PIACENTILE
MARC J. LUST
P. BRUIN HAYS III
HEATHER S. SIEGEL
ANDREW J. BAROVICK

RALPH A. FOERTSCH
ELIZABETH A. CORLEY
AMY C. LOMBARDO
B. SALLY KASSIM
TRACY S. KATZ
DENA OPERMAN
PRIYANTHI R. GIUNASEKERA
BARBARA A. LEONHAUSER
TRAVIS M. HARPER

CAMILLO NARDELLI
(1936-1987)

OF COUNSEL
MARIA ELYSE RABAR

February 21, 2006

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 24 2006 ★
BROOKLYN OFFICE

<u>Via Facsimile (718) 797-7386</u>
Hon. Kiyo A. Matsumoto
United States Magistrate Judge
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York, 11201

Re: <u>Ryan v. Lederman, et al</u>
Our File No.: 1-1068
Docket No. CV 04-2666 (KAM) (JG)

Honorable Judge Matsumoto:

I represent defendant Gilbert Lederman, M.D. in the above action and request another one week to supplement Dr. Lederman's discovery responses. It has taken me longer to get up to speed on the case than I anticipated.

I left word for plaintiff's counsel, Mr. Reich, but he appears to be away and has

{A0188945.DOC}

## KOPFF, NARDELLI & DOPF LLP

Hon. Kiyo A. Matsumoto
Re: <u>Ryan v. Lederman, et al</u>
February 21, 2006
Page 2

not returned my call. Co-defendants' counsel, Nancy Block and Sara Moutal agree to the extension.

Thank you for your attention to this matter.

Very truly yours,

KOPFF, NARDELLI & DOPF LLP

By: /s/ Mary E. Pearson
Mary E. Pearson

TSK:pl

cc: Via Facsimile – 212-332-8821
Lifflander, Reich & Smith, LLP
1221 Avenue of the Americas
New York, New York 10020
Att: Richard Reich, Esq.

Via Facsimile – 212-949-7054
Martin, Clearwater & Bell LLP
220 East 42nd Street
New York, New York 10017-5482
Att: Nancy Block, Esq.

Via Facsimile – 212-742-1471
Garson, Gerspach, DeCorato & Cohen, LLP
110 Wall Street – 10th Floor
New York, New York 10005
Att: Joseph LaCava

The application is ✓ granted / ___ denied

SO ORDERED.

s/Kiyo Matsumoto
Kiyo A. Matsumoto, U.S.M.J.
Dated: 2/21/06
Brooklyn, New York

By 2/28/06, Defendant Lederman shall supplement his discovery responses in accordance with the Court's order of 1/18/06.

{A0188945.DOC}