UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ELIZABETH M. RYAN, individually and on
behalf of the Estate of Thomas W. Ryan, deceased,

                    Plaintiff,

                  - against -

STATEN ISLAND UNIVERSITY HOSPITAL,
GILBERT LEDERMAN, GILBERT LEDERMAN,
M.D., P.C. and PHILIP JAY SILVERMAN,

                    Defendants.

----------------------------------------------------------------X

**ORDER OF RECUSAL**

1:04-cv-02666-ENV-KAM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 1 2006 ★

VITALIANO, D.J.

    I am recused from participation in this matter.

    The Clerk of the Court is directed to arrange for the random reassignment of this action to another judge of this Court.

DATED:    Brooklyn, New York
                April 28, 2006

SO ORDERED

/S/ Hon. Eric N. Vitaliano
ERIC N. VITALIANO
U.S.D.J.