333-79035
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELIZABETH M. RYAN, individually and on behalf of
the Estate of THOMAS W. RYAN, deceased,

                            Plaintiffs,

       -against -

STATEN ISLAND UNIVERSITY HOSPITAL,
GILBERT LEDERMAN, GILBERT LEDERMAN,
M.D., P.C. and PHILIP JAY SILVERMAN,

                         Defendants.
-----------------------------------------------------------------X

**CONSENT AGREEMENT**

Case No.: CV 04 2666

It is hereby stipulated, consented to and agreed by and among the involved parties, and **IT IS HEREBY ORDERED** by the Court, that Magistrate Judge Kiyo A. Matsumoto's December 5, 2006 Order awarding sanctions against Ms. Nancy J. Block, Esq., solely, is hereby modified as follows: Ms. Block's name shall be deleted from the sanctions award and, in her stead, the firm of Martin Clearwater & Bell LLP will be substituted.

It is further stipulated, consented to and agreed by and among the involved parties, and **IT IS HEREBY ORDERED** by the Court, that the December 5, 2006 sanctions award for plaintiff's reasonable costs and attorneys' fees in preparing a discovery motion, is hereby waived by plaintiff.

SO ORDERED

Dated: ~~January~~, 2008  *April 30, 2008*

_____
Hon. KIYO A. MATSUMOTO
United States Magistrate Judge

MM/da    333-79035
C:\DOCUME~1\BLOCKN\LOCALS~1\TEMP\ISCRUB\RYAN V. SIUH - CONSENT AGREEMENT.DOC

## CONSENTS

LIFFLANDER & REICH LLP
*Counsel for PLAINTIFF*

By: _____
Roman E. Gitnik (REG-          )
1221 Avenue of the Americas
New York, New York 10020-1089


MARTIN CLEARWATER & BELL LLP
*Counsel for STATEN ISLAND UNIVERSITY HOSPITAL*

By: _____
Nancy J. Block (NJB-7098)
220 East 42nd Street
New York, New York 10017