**Roman E. Gitnik**
*Associate*

direct dial: 212.332.8824
rgitnik@lifflander.com

# Lifflander
# & Reich LLP

*Attorneys at Law*

1221 Avenue of the Americas
New York, New York 10020
212.332.8820 fax: 212.332.8821
lifflanderlaw.com

June 18, 2008

**Via ECF**

Hon. Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    <u>Ryan v. Staten Island University Hospital, et al.</u>
             Docket No.:  04-cv-2666 (NG) (KAM)

Dear Judge Matsumoto:

      The parties have conferred and agreed that all that is required to effectuate the settlement of the above referenced matter is the filing and so ordering of a Stipulation of Dismissal with Prejudice. Accordingly, we are attaching the Stipulation of Dismissal with Prejudice and request that it be so ordered by Honorable Nina Gershon.

      In furtherance of the conference held with your Honor on June 13, 2008, we are requesting that the Settlement Agreement, General Release and Stipulation of Dismissal with Prejudice, which were forwarded to Judge Gershon via FedEx, be returned to the undersigned.

Respectfully submitted,

Roman E. Gitnik (REG-4993)
Encl.

cc:    Martin Clearwater & Bell LLP
        Attn.:   Nancy J. Block, Esq. (via ECF)
        Kopf, Nardelli & Dopf LLP
        Attn.:   Peter C. Kopff, Esq. (via ECF)
        Garson Gerspach DeCorato & Cohen LLP
        Attn.:   Joseph D. LaCava, Esq. (via ECF)