UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELIZABETH M. RYAN, individually and on behalf of
the Estate of THOMAS W. RYAN, deceased,

                                Plaintiffs,

     - against -

STATEN ISLAND UNIVERSITY HOSPITAL,
GILBERG LEDERMAN, GILBERT LEDERMAN,
M.D., P.C. and PHILIP JAY SILVERMAN,

                                Defendants.
------------------------------------------------------------------------X

04 CV 2666 (NG) (KAM)

**STIPULATION OF DISMISSAL**

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all of the parties to this action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, including any and all cross-claims, with prejudice and without costs to either party as against the other.

       IT IS HEREBY FURTHER STIPULATED AND AGREED that nothing contained in this Stipulation shall release and or discharge Defendants, Defendants' heirs, parents, executors, administrators, successors, and assigns from any claims and causes of action of the United States which have been brought and or could be brought in the action entitled <u>United States of America *ex rel.* Elizabeth M. Ryan v. Staten Island University Hospital, Gilbert Lederman, Gilbert Lederman M.D., P.C. and Philip Jay Silverman</u> No. 04 CV 2483 (JG) (CLP) (E.D.N.Y.) and does not release and or discharge Plaintiff's claim for a share of the monetary recovery of the United States, and statutory fees, costs

and counsel fees in the action <u>United States of America *ex rel.* Elizabeth M. Ryan v. Staten Island University Hospital et. al</u> No. 04 CV 2483 (JG) (CLP) (E.D.N.Y.).

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be signed in separate counterparts. A facsimile shall be deemed an original for the purposes of this Stipulation.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 29, 2008

LIFFLANDER & REICH LLP

By: ___/s/___
    Richard I. Reich (RIR-7522)
Attorneys for Plaintiffs
1221 Avenue of the Americas
New York, New York 10020
(212) 332-8820

MARTIN CLEARWATER & BELL LLP

By:_____
    Anthony Sola, Esq.
Attorneys for Defendant
STATEN ISLAND UNIVERSITY
HOSPITAL
220 East 42nd Street
New York, New York 10017
(212) 697-3122

KOPFF, NARDELLI & DOPF LLP

By:_____
    Peter C. Kopff, Esq.
Attorneys for Defendant
GILBERT LEDERMAN and
GILBERT LEDERMAN, M.D., P.C.
440 Ninth Avenue
New York, New York 10001
(212) 244-2999

GARSON DECORATO & COHEN, LLP

By:_____
    Joshua R. Cohen, Esq.
Attorneys for Defendant
PHILIP JAY SILVERMAN
110 Wall Street
New York, New York 10005
(212) 742-1471

and counsel fees in the action <u>United States of America *ex rel.* Elizabeth M. Ryan v. Staten Island University Hospital et. al</u> No. 04 CV 2483 (JG) (CLP) (E.D.N.Y.).

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be signed in separate counterparts. A facsimile shall be deemed an original for the purposes of this Stipulation.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 29, 2008

LIFFLANDER & REICH LLP

By: _____
Richard I. Reich (RIR-7522)
Attorneys for Plaintiffs
1221 Avenue of the Americas
New York, New York  10020
(212) 332-8820

MARTIN CLEARWATER & BELL LLP

By: _____
Anthony Sola, Esq.
Attorneys for Defendant
STATEN ISLAND UNIVERSITY HOSPITAL
220 East 42nd Street
New York, New York 10017
(212) 697-3122

KOPFF, NARDELLI & DOPF LLP

By:_____
Peter C. Kopff, Esq.
Attorneys for Defendant
GILBERT LEDERMAN and
GILBERT LEDERMAN, M.D., P.C.
440 Ninth Avenue
New York, New York  10001
(212) 244-2999

GARSON DECORATO & COHEN, LLP

By:_____
Joshua R. Cohen, Esq.
Attorneys for Defendant
PHILIP JAY SILVERMAN
110 Wall Street
New York, New York  10005
(212) 742-1471

and counsel fees in the action <u>United States of America *ex rel.* Elizabeth M. Ryan v. Staten Island University Hospital et. al</u> No. 04 CV 2483 (JG) (CLP) (E.D.N.Y.).

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be signed in separate counterparts. A facsimile shall be deemed an original for the purposes of this Stipulation.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 29, 2008

LIFFLANDER & REICH LLP

By: _____
Richard I. Reich (RIR-7522)
Attorneys for Plaintiffs
1221 Avenue of the Americas
New York, New York 10020
(212) 332-8820

MARTIN CLEARWATER & BELL LLP

By: _____
Anthony Sola, Esq.
Attorneys for Defendant
STATEN ISLAND UNIVERSITY
HOSPITAL
220 East 42nd Street
New York, New York 10017
(212) 697-3122

KOPFF, NARDELLI & DOPF LLP

By: _____
Peter C. Kopff, Esq.    7524
Attorneys for Defendant
GILBERT LEDERMAN and
GILBERT LEDERMAN, M.D., P.C.
440 Ninth Avenue
New York, New York 10001
(212) 244-2999

GARSON DECORATO & COHEN, LLP

By: _____
Joshua R. Cohen, Esq.
Attorneys for Defendant
PHILIP JAY SILVERMAN
110 Wall Street
New York, New York 10005
(212) 742-1471

and counsel fees in the action <u>United States of America *ex rel.* Elizabeth M. Ryan v. Staten Island University Hospital et. al</u> No. 04 CV 2483 (JG) (CLP) (E.D.N.Y.).

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be signed in separate counterparts. A facsimile shall be deemed an original for the purposes of this Stipulation.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
April 29, 2008

LIFFLANDER & REICH LLP

By: _____
Richard I. Reich (RIR-7522)
Attorneys for Plaintiffs
1221 Avenue of the Americas
New York, New York 10020
(212) 332-8820

MARTIN CLEARWATER & BELL LLP

By: _____
Anthony Sola, Esq.
Attorneys for Defendant
STATEN ISLAND UNIVERSITY HOSPITAL
220 East 42nd Street
New York, New York 10017
(212) 697-3122

KOPFF, NARDELLI & DOPF LLP

By: _____
Peter C. Kopff, Esq.
Attorneys for Defendant
GILBERT LEDERMAN and
GILBERT LEDERMAN, M.D., P.C.
440 Ninth Avenue
New York, New York 10001
(212) 244-2999

GARSON DECORATO & COHEN, LLP

By: _____
Joshua R. Cohen, Esq.
Attorneys for Defendant
PHILIP JAY SILVERMAN
110 Wall Street
New York, New York 10005
(212) 742-1471